WASYL TYZNIK, as Administrator, etc., of KATIE TYZNIK, Deceased, Respond-

ent, v. GEORGE S. MELDRUM and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.